# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.: 22-14064-BKC-LMI
                                                 PROCEEDING UNDER CHAPTER 13
LUIS ALBERTO SEVILLA

DEBTOR                                    /

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$84.26** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 8·27·24

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

LUIS ALBERTO SEVILLA
11199 NW 22 AVENUE RD.
MIAMI, FL 33167

RACHAMIN COHEN, ESQUIRE
1801 NE 123 STREET
SUITE 314
NORTH MIAMI, FL 33181

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

COMPASS FINANCIAL FEDERAL CREDIT UNION
P.O. BOX 160580
HIALEAH, FL 33016

HECKMAN LAW GROUP, P.L
POB 12492
TALLAHASSEE, FL 32317-2492

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 22-14064-BKC-LMI

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

### CASE NO.: 22-14064-BKC-LMI

COMPASS FINANCIAL FEDERAL CREDIT UNION                              $84.26
P.O. BOX 160580
HIALEAH, FL  33016

UNDELIVERABLE/STALE
CLAIM REGISTER# 16

HECKMAN LAW GROUP, P.L
POB 12492
TALLAHASSEE, FL  32317-2492